Request for Jurisdiction Transfer  December 12, 2024
Name of Offender: Mario Pena-Llanas  5:07-CR-00116-VAP-1

✎PROB 22
(Rev.  01/24)

DOCKET NUMBER *(Tran. Court)*

5:07CR00116-001

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Mario Pena-Llanas<br>(Aliases: David Chavez; Juan Alberto de la Cruz; Alberto de la Cruz; Mario Gamez; David Estrada Gonzales; Alfonso Llanas; Gilberto Pena; Mario Pena; Julio Cesar Rivera; Antonio Rodriguez; Raymond Aguilar Rodriguez; David Chavez Urbina) | Central of California | Eastern |
|  | NAME OF SENTENCING JUDGE | |
|  | Honorable Virginia A. Phillips | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  March 26, 2024     TO  March 25, 2027 |

OFFENSE
18 USC 1112: Voluntary Manslaughter;
18 USC 113(a)(3): Assault with a Dangerous Weapon

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     CENTRAL     DISTRICT OF     CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Texas</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*Dolly M. Gee*

12/12/2024
*Date*

*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     SOUTHERN     DISTRICT OF     TEXAS

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*